American National Bank and Trust Company of Chicago, complainant, v. Hotel Graemere, Inc. et al., defendants. J. Ross Logan et al., cross complainants.

American National Bank and Trust Company of Chicago, appellant, v. J. Ross Logan et al., appellees. Gen. No. 37,734.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Isaac E. Ferguson, Roger S. Bloch and Homer Kripke, of counsel. Shulman, Shulman & Abrams, for appellees; Meyer Abrams, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Samuel Parker Johnston et al., appellants, v. Alexander W. Hannah et al., appellees. Gen. No. 37,789.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935. Rehearing denied June 25, 1935.

Max Murdock, for appellants. Campbell, Clithero & Fischer, for appellees.

Mr. Presiding Justice Friend delivered the opinion of the court.

The People of the State of Illinois ex rel. Ulysses J. Grim, appellant, v. Rodney H. Brandon et al., appellees. Gen. No. 37,999.

Heard in the second division of this court for the first district at the February term, 1935. Opinion filed June 13, 1935.

Slottow & Leviton, for appellant; Charles Leviton & Harold P. Shane, of counsel. Taylor, Miller, Busch & Boyden, for appellees; Francis X. Busch and James J. Magner, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

The Live Stock National Bank of Chicago (formerly known as Stock Yards Bank and Trust Company), administrator de bonis non of the estate of Anthony Klein, deceased, appellant, v. Clarence Myroup, appellee. Gen. No. 37,708.

Heard in the second division of this court for the first district at the October term, 1934. Opinion filed June 13, 1935.

Alfred Roy Hulbert, for appellant. Miller, Gorham, Wales & Adams, for appellee; Edward R. Adams, Herbert C. De Young and Charles F. White, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.